No. 24-3148

---

## IN THE UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT

---

STATE OF ALASKA et al.,

Plaintiffs/Appellants,

v.

NATIONAL MARINE FISHERIES SERVICE,

Defendant/Appellee,

CENTER FOR BIOLOGICAL DIVERSITY,

Intervenor/Defendant/Appellee.

On Appeal from United States District Court for the District of Alaska
No. 3:22-cv-00249-JMK

---

## NOTICE OF CHANGE OF LAW FIRM AFFILIATION AND ADDRESS

---

ALASKA ATTORNEY GENERAL
Treg Taylor
Ronald W. Opsahl
  Ron.opsahl@alaska.gov
Assistant Attorney General
1031 W. Fourth Avenue, Suite 200
Anchorage, Alaska  99501
Telephone:  (907) 269-5232

FENNEMORE CRAIG, P.C.
Norman D. James
  njames@fennemorelaw.com
Tyler D. Carlton
  tcarlton@fennemorelaw.com
2394 E. Camelback Road, Suite 600
Phoenix, Arizona  85016
Telephone:  (602) 916-5000

*Attorneys for Appellant State of Alaska*

49992936

Norman D. James, counsel for Plaintiff/Appellant State of Alaska in the above entitled matter, hereby provides notice that he will become affiliated with the law firm of Dorsey & Whitney LLP, effective September 3, 2024. Mr. James new address, telephone number, and e-mail address will be:

Norman D. James
Dorsey & Whitney LLP
2325 E. Camelback Rd., Suite 300
Phoenix, AZ 85016
Telephone: 602-735-2699
Email: james.norman@dorsey.com

Mr. James is registered for the Appellate Electronic Filing System and will update his Pacer account to reflect the forgoing changes to his law firm affiliation and address.

DATED this 30th day of August, 2024.

FENNEMORE CRAIG, P.C.

By: s/ Norman D. James
Norman D. James
Tyler D. Carlton
Attorneys for Appellants

2

49992936

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 30, 2024, I filed the foregoing Notice of Law Firm Affiliation and Address electronically through the CM/ECF system, which caused all parties or counsel of record to be served by electronic means.

*s/ Norman D. James*
Norman D. James

49992936