UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

SEP 16 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| STATE OF ALASKA,<br><br>      Plaintiff - Appellant,<br><br>and<br><br>NORTH SLOPE BOROUGH,<br><br>      Plaintiff,<br><br> v.<br><br>NATIONAL MARINE FISHERIES SERVICE,<br><br>      Defendant - Appellee,<br><br>CENTER FOR BIOLOGICAL DIVERSITY,<br><br>      Intervenor-Defendant - Appellee. | No. 24-3148<br><br>D.C. No. 3:22-cv-00249-SLG<br>District of Alaska, Anchorage<br><br>ORDER |

Before: H.A. THOMAS and DE ALBA, Circuit Judges, and RAKOFF, District Judge.[*]

    The panel has unanimously voted to deny the petition for panel rehearing.

Judge H.A. Thomas and Judge de Alba have voted to deny the petition for

rehearing en banc, and Judge Rakoff so recommends. The full court has been

---

      [*]      The Honorable Jed S. Rakoff, United States District Judge for the Southern District of New York, sitting by designation.

advised of the petition for rehearing en banc, and no judge of the court has requested a vote on whether to rehear the matter en banc. *See* Fed. R. App. P. 40. The petition for panel rehearing and the petition for rehearing en banc, Dkt. No. 45, are **DENIED**.